No. 997. DROMEY, ADMINISTRATOR *v.* WISCONSIN TAX COMMISSION ET AL. Decided May 23, 1938. *Per Curiam:* The motion of the appellees to dismiss the appeal is granted and the appeal is dismissed for the want of a properly presented substantial federal question. (1) *Hiawassee Power Co.* v. *Carolina-Tenn. Co.,* 252 U. S. 341, 344; *Whitney* v. *California,* 274 U. S. 357, 360; *White River Co.* v. *Arkansas,* 279 U. S. 692, 700; *Morris* v. *Alabama,* 302 U. S. 642; (2) *Lawrence* v. *State Tax Commission,* 286 U. S. 276, 279–281; *New York ex rel. Cohn* v. *Graves,* 300

U. S. 308, 313; *Mitchell* v. *United States*, 21 Wall. 350, 353. *Mr. S. W. Jensch* for appellant. *Mr. Joseph E. Messerschmidt* for respondents.